JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** III  **Investigating Agency** DHS-HSI

City: Boston
County: Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: 14-mj-5063-JGD
Search Warrant Case Number: _____
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Anthony Trotman   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address (City & State): Boston, MA
Birth date (Yr only): 1990   SSN (last 4#): 2945   Sex: M   Race: African American   Nationality: U.S. Citizen

Defense Counsel if known: Keith Halpern   Address: 572 Washington Street, Suite 19, Wellesley, MA 02482
Bar Number: _____

### U.S. Attorney Information:

AUSA: Carlos A. Lopez and Dustin Chao   Bar Number if applicable: N/A

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

### Location Status:

Arrest Date: May 29, 2014

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Magistrate Judge Dein   on June 2, 2014

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   Five

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 23, 2014   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Anthony Trotman

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Sec. 1956(h) | Conspiracy to Commit Money Laundering | 1 |
| Set 2 | 18 U.S.C. Sec. 371 | Conspiracy to Defraud the United States (the TSA) | 2 |
| Set 3 | 49 U.S.C. Sec. 46314 | Illegally Entering an Aircraft and Airport Area | 3-5 |
| Set 4 | 18 U.S.C. Sec. 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011