IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 14-CR-10272-FDS

v.

ANTHONY TROTMAN

**DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

Defendant Anthony Trotman hereby moves that the Court order the Probation Department to return his passport upon the termination of his probation on March 13, 2017.

Mr. Trotman's probation officer advised him that the Court's allowance of a motion for the return of his passport would expedite Probation's efforts to search for the passport. Mr. Trotman's surrendering of his passport was a condition of probation. Once his probation period ends, Probation would have no continuing authority to keep his passport. Despite there appearing to be no basis for Probation to keep the passport in the absence of a court-ordered condition authoring this, the defendant is filing this motion to comply with Probation's request, and to allow probation to begin searching for the passport.

Anthony Trotman
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 26, 2016.

/s/ *Keith Halpern*